# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **DEBBIE WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  No. 13-2226-STA-tmp |
| | ) |
| **ACCREDO HEALTH GROUP, INC.** | ) |
| **and MEDCO HEALTH SOLUTIONS,** | ) |
| **INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are the United States Magistrate Judge' Report and Recommendation that Defendants' Motion to Dismiss be denied (D.E. # 24) and the Magistrate Judge's Report and Recommendation that Plaintiff Debbie Wright ("Plaintiff") be sanctioned by being required to pay the costs related to Defendants' Motion to Dismiss (D.E. # 27). First, on March 24, 2014, the Magistrate Judge recommended that the complaint should not be dismissed at this time and that the less severe sanction of attorney's fees would be better suited to address Plaintiff's violations. The Magistrate Judge then entered his second Report and Recommendation on April 1, 2014. That Report recommends that Plaintiff be required to pay Defendants a total of $1,050.00, the amount of the total expenses incurred by Defendants in preparing their Motion to Dismiss.

Objections to the Report and Recommendations were due within fourteen (14) days of the

1

entry of the Reports, making the objections to the first Report due on or before April 7, 2014 and the objections to the second Report due on or before April 15, 2014.  Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Reports. The Court will not dismiss Plaintiff's Complaint at this time.  However, Plaintiff is ordered to pay $1,050.00 to Defendants for the costs they incurred in filing their Motion to Dismiss.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: April 23, 2014.